IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. MULLANEY, II, ) | Docket No.: 07-830 |
| and ) | |
| ANN B. MULLANEY, ) | MOTION AND ORDER FOR ADMISSION PRO HAC VICE |
| Plaintiffs, ) | |
| v. ) | |
| J.C. CHRISTENSEN & ASSOCIATES, INC., a ) Minnesota Corporation, ) | |
| and ) | |
| XYZ CORPORATIONS I – X, fictitious Unknown entities, ) | |
| and ) | |
| JEAN MILLER a/k/a John Doe I, Individually, and as agent of J.C. Christensen & Associates, Inc. and XYZ Corporations, ) | |
| and ) | |
| JOHN DOE I a/k/a Jean Miller, Individually, and as agent of J.C. Christensen & Associates, Inc. and XYZ Corporations, ) | |
| and ) | |
| JOHN DOES II – X, individuals, and as Agents of J.C. Christensen & Associates, Inc. and XYZ Corporations, ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro

hac vice of Joseph A. Mullaney, III to represent Joseph A. Mullaney, II and Ann B. Mullaney in this matter.

Signed: _____

Vivian A. Houghton   (DE Bar No. 2010)
800 West Street, 2nd Floor
Wilmington, Delaware 19801
302-658-0518

Attorney for Joseph A. Mullaney, II and Ann B. Mullaney

Date: 12/19/07


**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____                           _____
                                                          United States District Judge


**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____

Date: 12/18/2007

Joseph A. Mullaney, III, Esquire
Law Office of Dimitrios Kolovos, LLC
701 White Horse Road, Suite 3
Voorhees, NJ 08043
856-784-0101
856-784-5558