UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. MULLANEY, II & ANN B. MULLANEY, H/W,<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. CHRISTENSEN & ASSOCIATES, INC. and JEAN MILLER, ET AL.<br><br>Defendants. | CASE No. 1:07-cv-830 |

## STIPULATION EXTENDING TIME TO ANSWER OR TO OTHERWISE PLEAD TO THE COMPLAINT

TO THE CLERK OF THE COURT:

It is hereby stipulated between plaintiffs, Joseph A. Mullaney, II and Ann B. Mullaney, and defendants, J.C. Christensen & Associates, Inc, and Jean Miller, by and through their respective attorneys, that defendants, with this Court's approval, be permitted a 30-day extension to April 8, 2008, to continue settlement discussions or to answer or otherwise plead to the Complaint filed in this case.

LAW OFFICE OF VIVIAN HOUGHTON

BY: _/s/ Vivian Houghton_
VIVIAN HOUGHTON, ESQ.
Attorney for Plaintiff

DATE: March 7, 2008

MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN

BY: _/s/ Vicki Goodman_
VICKI L. GOODMAN, ESQ. (#4861)
Attorney for Defendant

DATE: March 7, 2008

BY THE COURT:

DATE: _____      _____