UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. MULLANEY, II & <br> ANN B. MULLANEY, H/W, <br><br> Plaintiffs, <br><br> vs. <br><br> J.C. CHRISTENSEN & ASSOCIATES, INC., JEAN MILLER, AND JOHN DOES I-X. <br><br> Defendants. | CASE No. 1:07-cv-830 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and that attached certification, counsel moves the admission *pro hac vice* of Andrew M. Schwartz to represent Defendants J.C. Christensen & Associates, Inc. and Jean Miller in this matter.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        **/s/ *Vicki L. Goodman***

By: _____
      **Vicki L. Goodman, Esquire   (Bar Id No. 4861)**
      1220 N. Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Direct Dial: (302) 552-4348
      Facsimile: (302) 651-7905
      Attorney for Defendants J.C. Christensen
      & Associates, Inc. and Jean Miller

Date: April 18, 2008

15/608765.v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. MULLANEY, II & <br> ANN B. MULLANEY, H/W, <br><br> **Plaintiffs,** <br><br> vs. <br><br> J.C. CHRISTENSEN & ASSOCIATES, INC., JEAN MILLER, AND JOHN DOES I-X. <br><br> **Defendants.** | CASE No. 1:07-cv-830 |

**ORDER**

It is hereby Ordered that counsel's Motion for Admission Pro Hac Vice of Andrew Scwartz, Esquire to represent defendants, J.C. Christensen & Associates, Inc. and Jean Miller, is Granted.

_____
                                                  J.

Dated: _____

15/608770.v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. MULLANEY, II & ANN B. MULLANEY, H/W,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>J.C. CHRISTENSEN & ASSOCIATES, INC., JEAN MILLER, AND JOHN DOES I-X.<br><br>　　　　Defendants. | CASE No. 1:07-cv-830 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

　　Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania (Bar Id. No. 79427) and the State of New Jersey (Bar Id. No. AS4111) and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

　　In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office upon the filing of this motion.

　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　COLEMAN & GOGGIN

　　　　　　　　　　　　　　BY:　*/s/ Andrew M. Schwartz*
　　　　　　　　　　　　　　　　Andrew M. Schwartz
　　　　　　　　　　　　　　　　1845 Walnut Street
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Direct Dial: 215-575-2765
Dated:  April 18, 2008　　　　　Facsimile: 215-575-0856　　　　15/608775.v1