UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH A. MULLANEY, II , ET AL

CASE No. 1:07-cv-830

vs.

J.C. CHRISTENSEN & ASSOCIATES,
INC., ET AL.

## NOTICE OF SERVICE

The undersigned hereby certifies that two true and correct copies of

DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1),

have been served on this 15th day of April, 2008 via regular mail to:

Vivian A. Houghton, Esquire
800 West Street
Wilmington, Delaware 19801

Joseph A. Mullaney, III, Esquire
LAW OFFICE OF DIMITRIOS KOLOVOS, LLC
701 White Horse Road, Suite 3
Voorhees, New Jersey 08043

                            MARSHALL, DENNEHEY, WARNER,
                                COLEMAN & GOGGIN

Dated: May 1, 2008        By:   /s/ *Vicki L. Goodman*
                                    Vicki Goodman, Esq. (Id. No. 4861)
                                    1220 N. Market Street, 5th Floor
                                    P.O. Box 8888
                                    Wilmington, DE 19899
                                    Attorneys for Defendants,
                                    J.C. Christensen & Associates and
                                    Janet Miller

15/614397.v1