# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JOSEPH A. MULLANEY, II &** <br> **ANN B. MULLANEY,** H/W, <br><br> Plaintiffs, <br><br> vs. <br><br> **J.C. CHRISTENSEN & ASSOCIATES, INC., JEAN MILLER, AND JOHN DOES I-X.** <br><br> Defendants. | CASE No. 1:07-cv-830 (SLR) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the parties that the above action is hereby dismissed.

| | |
|---|---|
| **LAW OFFICE OF VIVIAN A. HOUGHTON** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| BY:/S/ Vivian A. Houghton, (ID No. 2010) <br> VIVIAN A. HOUGHTON, ESQUIRE <br> 800 N. West Street, 2nd Floor <br> Wilmington, DE  19801 <br> Attorney for Plaintiffs | BY:/s/ Vicki L. Goodman  (ID No. 4861) <br> VICKI L. GOODMAN, ESQUIRE <br> 1220 N. Market Street, 5th Floor <br> Wilmington, DE  19801 <br> Attorney for Defendants |

15/615340.v1