# Vivian A. Houghton
### Attorney at Law

Vivian Houghton *

Eva Candeloro, Of Counsel ◊

800 West Street
Wilmington, DE 19801

(302) 658-0518
(302) 658-5731 (fax)

January 9, 2008

The Honorable Sue L. Robinson
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

Re: Joseph A. Mullaney II and Ann B. Mullaney v.
J.C. Christensen & Associates, Inc and Jean Miller
Case Number: 1:07-cv-830 (SLR)

Dear Judge Robinson:

The parties have reached a settlement agreement and therefore the parties respectfully request that the tele-conference scheduled for Tuesday, May 6, 2008 at 8:30 am be cancelled.

Respectfully submitted,

Vivian A. Houghton, Esquire

VAH/ao
cc: File

We are a Federally designated Debt Relief Agency under the United States Bankruptcy Laws. We assist people with finding solutions to their debt problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.